IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION
Civ. Action No.: 4:11-cv-130-SA-JMV

| | |
|---|---|
| DANA M. BREWER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLIANCE HEALTHCARE SERVICES | ) |
| D/B/A ALLIANCE ONCOLOGY, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER GRANTING JOINT MOTION TO EXCUSE THE PARTIES FROM ATTENDING THE PRETRIAL CONFERENCE

The Joint Motion [Docket Entry #58] to excuse the parties from the Pretrial Conference currently set for May 9, 2013 at 10:30 AM, for good cause shown, is hereby granted.

The parties are instructed to submit a Proposed Pretrial Order on or before May 6, 2013. In the event this order is not a complete, thorough, and properly prepared order, appropriate for submission to District Judge Sharion Aycock, the Court will order the parties to appear at a hearing forthwith and to prepare an appropriate final pretrial order.

IT IS SO ORDERED, this 1st day of May 2013.

/s/ Jane M. Virden
U. S. Magistrate Judge